UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN 2 4 2020

Eva Balbuca and Byron Pelaez,

    Plaintiffs,

    - vs. -

Fernandez Shoe Repair Inc.
and Segundo Fernandez,

    Defendants.

DOCKET NO. 19-cv-8874 (AJN)

**JUDGMENT**

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 15, 2020; and Defendants Fernandez Shoe Repair Inc. and Segundo Fernandez having offered Plaintiffs Eva Balbuca and Byron Pelaez to take a judgment against them; it is

**ORDERED and ADJUDGED** THAT Judgment is entered in favor of Plaintiffs Eva Balbuca and Byron Pelaez and against Defendants Fernandez Shoe Repair Inc. and Segundo Fernandez, jointly and severally, in the sum of $75,000 (Seventy-Five Thousand Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated: January 23, 2020

_____
Hon. Alison J. Nathan, U.S.D.J.